UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ANTONIO MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00370-SDN |
| | ) | |
| MAINE STATE POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On November 14, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint after preliminary review for failure to state a claim upon which relief can be granted. ECF No. 13. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on December 1, 2025, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is **AFFIRMED** and **ADOPTED**. ECF No. 13. Plaintiff's complaint is **DISMISSED** without prejudice. Plaintiff's self-styled "Motion to Hold Magistrate and District Judges Accountable" is **DISMISSED AS MOOT**. ECF No. 14.

**SO ORDERED.**

Dated this 21st day of April, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

1